IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DANNY WHITE, ET AL.                                                                                    PLAINTIFFS

v.                                              No. 5:04CV00396 GH

OFFICER DOYLE LAMAR WEBB, ET AL.                                                    DEFENDANTS

**ORDER**

On June 24th, the Lake Village defendants filed a motion to compel plaintiffs to provide their Rule 26(a) initial disclosures contending that such disclosures have not been made despite reminders. Plaintiffs have not responded to this motion.

The Court finds that the June 24th motion (#38) to compel should be, and it is hereby, granted. Plaintiffs are directed to provide their Rule 26(a) initial disclosures within 14 days of the file-date of this order.

IT IS SO ORDERED this 19th day of July, 2005.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE