IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DANNY WHITE ET AL                                                     PLAINTIFFS

vs                            Case Number 5:04CV00396 GH

DOYLE WEBB ET AL                                                DEFENDANTS

### ORDER OF DISMISSAL

On Motion of the plaintiffs, and for good cause shown, the above styled cause is hereby dismissed without prejudice.

*George Howard, Jr.*
District Judge

Dated this 5 day of August 2005

Approved as to form:

*Christopher C. Mercer, Jr.*
Christopher C. Mercer, Jr.
Attorney at Law
Ark. Bar #: 54-10
2501 South Broadway
Little Rock, AR 72206
Phone: 501.374.4471
Fax: 501.374.1251
Email: chrismercer@lawyer.com